CORA A. COUNTRYMAN, Respondent, *v.* DONALD H. BREEN, Appellant.

Argued March 22, 1937; decided April 27, 1937.

*Francis E. Cullen* for appellant.

*Loren E. Harter* and *Daniel Scanlon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.